Mark A. Carey
Law Offices Of Mark Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
E: markcareylaw@ymail.com
P: (716) 853-9243

**Attorney for Plaintiff, Daniel Reed**

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | |
|---|---|
| DANIEL REED,<br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC<br><br>Defendant. | Case No. 3:24-cv-00173<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION, LLC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Daniel Reed ("PLAINTIFF") and Defendant Trans Union, LLC, ("TRANS UNION") have reached settlement in the above-captioned action. Plaintiff expects to file a Joint Stipulation of Dismissal as to Trans Union once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

RESPECTFULLY SUBMITTED,

Dated: October 19, 2024

By: /s/ Mark Carey

Mark A. Carey, GA BAR 109360
Law Offices Of Mark Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
E: markcareylaw@ymail.com
P: (716) 853-9243

**Attorneys for Plaintiff,**
**DANIEL REED**

## CERTIFICATE OF SERVICE

I certify that on October 19, 2024, I served Plaintiff Daniel Reed's Notice of Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

Dated: October 19, 2024 By: /s/ Mark Carey

Mark A. Carey, GA BAR 109360
Law Offices Of Mark Carey, P.C.
391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
E: markcareylaw@ymail.com
P: (716) 853-9243

**Attorneys for Plaintiff,**
**DANIEL REED**