**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| DANIEL REED,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC<br><br>Defendants. | Case No. Case 3:24-cv-00173<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Daniel Reed, and Defendant Trans Union LLC, ("Trans Union") that the above-titled action is hereby dismissed with prejudice against Defendant TranUnion. Each party will bear their own costs and attorney's fees.

Dated: December 26, 2024

Respectfully submitted,

By: /s/ Mark Carey
Mark A. Carey, GA BAR 109360
Law Offices Of Mark Carey, P.C. 391
Perimeter Center North, Suite 275
Dunwoody, GA 30346
E: markcareylaw@ymail.com
P: (716) 853-9243
**Attorney for Plaintiff,**
**Daniel Reed**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2024, I served Plaintiff's Notice of Dismissal using the CM/ECF system, which will generate an auto notice to all counsel of record.

By: /s/ Mark Carey

Mark A. Carey, GA BAR 109360
Law Offices Of Mark Carey, P.C. 391 Perimeter Center North, Suite 275
Dunwoody, GA 30346
E: markcareylaw@ymail.com
P: (716) 853-9243
**Attorney for Plaintiff, Daniel Reed**